IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHAN VIZCAINO-LOPEZ, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-55(WLS) |
| | * |
| Warden, IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated September 23, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk